# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:24-CV-1037-CEM-DCI

Plaintiff: **DAVID TOM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant: **THOMAS ROOFING AND REPAIR INC. AND PINNACLE MARKETING SOLUTIONS LLC**

For:
AVI R. KAUFMAN
KAUFMAN P.A.
400 NW 26TH STREET
MIAMI, FL 33127

Received by Caplan, Caplan and Caplan on the 7th day of June, 2024 at 2:20 pm to be served on **THOMAS ROOFING AND REPAIR, INC. C/O MATTHEW THOMAS, 924 W COLONIAL DR, ORLANDO, FL 32804**

I, SAM STATON, do hereby affirm that on the **24th day of July, 2024** at **6:35 pm, I:**

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT – CLASS ACTION JURY TRIAL DEMANDED AND LETTER** with the date and hour of service endorsed thereon by me, to: **MATTHEW THOMAS** as **Registered Agent** at the address of: **4814 LEGACY OAKS DRIVE, ORLANDO, FL 32839** on behalf of **THOMAS ROOFING AND REPAIR, INC.**, and informed said person of the contents therein, in compliance with state statute 48.091

**Additional Information pertaining to this Service:**
6/11/2024  11:00 am  Attempted service at 924 W COLONIAL DR, ORLANDO, FL 32804 The business was not open door to the business was locked.
6/13/2024  1:00 pm  Attempted service at 924 W COLONIAL DR, ORLANDO, FL 32804. The business was not open.
6/19/2024  3:22 pm  Attempted service at 924 W COLONIAL DR, ORLANDO, FL 32804. The business was not open. 407 408 0577.
6/20/2024  10:31 am  Attempted service at 924 W COLONIAL DR, ORLANDO, FL 32804. Doors locked the business was not open. Called the number on the door left my number 407 408 0577.
7/2/2024  10:37 am  Attempted service at 1300 S. SEMORAN BLVD, ORLANDO, FL 32807 Thomas roofing and repair is nolonger at this location  sun flower energy  is now here  . No one here at the time office not open

## RETURN OF SERVICE For 6:24-CV-1037-CEM-DCI

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. No notary is required pursuant FS 92.525(2) and 28 USC Section 1746.

*[signature]*

**SAM STATON**
#482

**Caplan, Caplan and Caplan**
**351 SW 136TH AVE**
**Suite #207**
**Davie, FL 33325**
**(954) 462-1800**

Our Job Serial Number: CPN-2024022533