UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM,   CASE NO.: 6:24-cv-01037-CEM-DCI

    Plaintiff,

v.

THOMAS ROOFING
& REPAIR, INC., and
PINNACLE MARKETING
SOLUTIONS, LLC

    Defendants.
_____/

# DEFENDANT, THOMAS ROOFING & REPAIR, INC.'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINIFF, DAVID TOM'S, COMPLAINT

Defendant, Thomas Roofing & Repair, Inc. ("Thomas Roofing"), by counsel answers plaintiff, David Tom's ("Tom"), complaint (D.E. 1) as follows:

## ANSWER

### NATURE OF ACTION

1.    Speaks for itself, otherwise denied.

2.    Speaks for itself, otherwise denied.

3.    Denied.

4.    Denied.

5. Denied.

6. Denied.

## PARTIES

7. Without knowledge, therefore denied.

8. Denied.

9. Denied.

## JURISDICTION AND VENUE

10. Denied.

11. Admitted that Thomas Roofing does business in Florida only, otherwise denied.

12. Denied.

## TCPA BACKGROUND

The Enactment of the TCPA and its Regulations

13. Speaks for itself, otherwise denied.

14. Speaks for itself, otherwise denied.

15. Speaks for itself, otherwise denied.

16. Speaks for itself, otherwise denied.

17. Speaks for itself, otherwise denied.

The Florida Telephone Solicitation Action

18. Speaks for itself, otherwise denied.

19. Speaks for itself, otherwise denied.

20. Speaks for itself, otherwise denied.

21. Speaks for itself, otherwise denied.

## **FACTUAL BACKGROUND**

22. Speaks for itself, otherwise denied.

23. Without knowledge, therefore denied.

24. Denied.

Calls to Plaintiff

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Speaks for itself, otherwise denied.

44. Speaks for itself, otherwise denied.

45. Denied.

46. Speaks for itself, otherwise denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Without knowledge, therefore denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Speaks for itself, otherwise denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

### CLASS ACTION ALLEGATIONS

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied, including all subparts.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

## FIRST CAUSE OF ACTION
### Violation of the Telephone Consumer Protection Act
### 47 U.S.C. 227(b) on behalf of Robocall Class

92. Responses 1-92 are incorporated herein.

93. Denied.

94. Denied.

95. Denied.

96. Denied.

## SECOND CAUSE OF ACTION
### Violation of the Florida Telephone Solicitation Act,
### Fla. Stat. §501.059
### On Behalf of Plaintiff and the Florida Telephone Solicitation Act Autodial Class

97. Responses 1-92 are incorporated herein.

98. Denied.

99. Speaks for itself, otherwise denied.

100. Speaks for itself, otherwise denied.

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Thomas Roofing denies that Tom is entitled to any relief requested in his Prayer for Relief immediately following Paragraph 104.

106. Thomas Roofing further denies all allegations not specifically admitted herein.

107. Thomas Roofing has retained the undersigned lawyer and law firm to represent it in this action, and is obligated to pay said lawyer and firm and reasonable fee for his/its services.

108. Thomas Roofing demands payment of its reasonable attorneys' fees and costs under the Telephone Consumer Protection Act, Florida Telephone Solicitation Act, and all other applicable law.

## AFFIRMATIVE DEFENSES

1. To the extent any violations are established, any such violations were not intentional and resulted from a *bona fide* error notwithstanding the maintenance by Pinnacle Marketing of routine business practices and procedures reasonably adopted and specifically intended to avoid any such error.

2. Tom has suffered no damages.

3. If Tom did suffer damages, he failed to mitigate damages are take other reasonable steps to avoid or reduce his damages.

4. Any harm suffered by Tom was legally and proximately caused by persons other than Thomas Roofing, and were beyond the control or supervision of Thomas Roofing or from whom Thomas Roofing was and is not responsible or liable.

5. Tom's claims are barred by the statute of limitations, laches, estoppel, waiver, and/or unclean hands.

6. The calls made are exempt from TCPA liability under 47 U.S.C. §227(b)(1)(B), 47 U.S.C. §227(b)(2)(b), 47 U.S.C. §227(c)(5)(c), 47 C.F.R. §64.1200(a), 47 C.F.R. §64.1200(c), and 47 U.S.C. §227(a)(1)(A).

7. The equipment used to make the telephone calls at issue is not covered by or subject to the TCPA.

8. If the calls at issue were to Tom telephone as alleged, Tom consented to receive those calls.

9. If Tom was not the subscriber of the phone at the time of the alleged calls, then he has not standing.

10. If Tom was not the intended recipient of the calls, then he has no standing.

11. Tom acquiesced in and/or consented to the acts/omissions alleged.

12. Tom fails to state a cause of action against Thomas Roofing upon which relief may be granted.

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, a true and correct copy of the foregoing document was served via the CM/ECF electronic service to the following:

| | |
|---|---|
| Avi R. Kaufman, Esq.<br>KAUFMAN, P.A.<br>237 S. Dixie Hwy, 4th Floor<br>Coral Gables, FL 33133<br>kaufman@kaufmanpa.com<br><br>*Counsel for plaintiff,*<br>*David Tom* | |

                                                 _/s/ Thomas S. Dolney_____
                                                Thomas S. Dolney
                                                Florida Bar No.: 34968
                                                Primary: tom@dolneylaw.com
                                                Secondary: dolneylaw@gmail.com
                                                DOLNEY LAW, PLLC
                                                2135 Common Way Rd.
                                                Orlando, FL 32814
                                                (352) 359-3606

                                                *Counsel for defendant,*
                                                *Thomas Roofing & Repair, Inc.*