UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID TOM,**

      **Plaintiff,**

v.                                                                                Case No.  6:24-cv-1037-CEM-DCI

**THOMAS ROOFING AND
REPAIR INC. and PINNACLE
MARKETING SOLUTIONS LLC,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice as to Defendant Pinnacle Marketing Solutions LLC (Doc. 27). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate Pinnacle Marketing Solutions LLC as a Defendant in this case and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record