UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM,   CASE NO.: 6:24-cv-01037-CEM-DCI

    Plaintiff,

v.

THOMAS ROOFING
& REPAIR, INC., and
PINNACLE MARKETING
SOLUTIONS, LLC

    Defendants.
_____/

## DEFENDANT, THOMAS ROOFING & REPAIR, INC.'S, SUGGESTION OF BANKRUPTCY

Defendant, Thomas Roofing & Repair, Inc. ("Thomas Roofing"), suggests that it petitioned for bankruptcy protection in the United States Bankruptcy Court, Middle District of Florida (Orlando Division), which bears petition number 6:24-bk-05788-TPG. An automatic stay has been issued by the United States Bankruptcy Court from taking any further action in this matter.

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, a true and correct copy of the foregoing document was served via the CM/ECF electronic service to the following:

| | |
|---|---|
| Avi R. Kaufman, Esq.<br>KAUFMAN, P.A.<br>237 S. Dixie Hwy, 4th Floor<br>Coral Gables, FL 33133<br>kaufman@kaufmanpa.com<br><br>*Counsel for plaintiff,*<br>*David Tom* | |

          /s/ *Thomas S. Dolney*
Thomas S. Dolney
Florida Bar No.: 34968
Primary: tom@dolneylaw.com
Secondary: dolneylaw@gmail.com
DOLNEY LAW, PLLC
2135 Common Way Rd.
Orlando, FL 32814
(352) 359-3606

*Counsel for defendant,*
*Thomas Roofing & Repair, Inc.*