**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID TOM,   CASE NO.: 6:24-cv-01037-CEM-DCI

    Plaintiff,

v.

THOMAS ROOFING
& REPAIR, INC., and
PINNACLE MARKETING
SOLUTIONS, LLC

    Defendants.
_____/

# DEFENDANT, THOMAS ROOFING & REPAIR, INC.'S, STATUS REPORT

Defendant, Thomas Roofing & Repair, Inc. ("Thomas Roofing"), by counsel and in accordance with this Court's Order (Doc. 36), provides this status report of its bankruptcy petition (Case Number 6:24-bk-05788-TPG), and notes that, on February 18, 2025, the Bankruptcy Court rendered an "Order (1) Confirming Chapter 11 Subchapter V Plan of Reorganization Pursuant to 11 U.S.C. §§ 1129(a) and 1191 (a) and Setting Post-Confirmation Status Conference."

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, a true and correct copy of the foregoing document was served via the CM/ECF electronic service to the following:

| | |
|---|---|
| Avi R. Kaufman, Esq.<br>KAUFMAN, P.A.<br>237 S. Dixie Hwy, 4th Floor<br>Coral Gables, FL 33133<br>kaufman@kaufmanpa.com<br><br>*Counsel for plaintiff,*<br>*David Tom* | |

      /s/ *Thomas S. Dolney*
Thomas S. Dolney
Florida Bar No.: 34968
Primary: tom@dolneylaw.com
Secondary: dolneylaw@gmail.com
DOLNEY LAW, PLLC
2135 Common Way Rd.
Orlando, FL 32814
(352) 359-3606

*Counsel for defendant,*
*Thomas Roofing & Repair, Inc.*