UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID TOM,**

        **Plaintiff,**

v.                                                                              Case No.  6:24-cv-1037-CEM-DCI

**THOMAS ROOFING AND
REPAIR INC.,**

        **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with prejudice (Doc. 40). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2025.



Copies furnished to:

Counsel of Record